

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00033-CV

| | | |
|---|---|---|
| R. KEVIN RUSSELL, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-320626-20) |
| V. | § | January 2, 2025 |
| JASON DIAL AND CRESTLINE PARTNERS, LLC, Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's modified judgment. It is ordered that the modified judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Jason Dial and Crestline Partners, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth